UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60999-CIV-DIMITROULEAS

CARL SHELL,

                                            Magistrate Judge Rosenbaum

    Plaintiff

vs.

DAVID FOULKES,

    Defendant.
_____/

### ORDER GRANTING MOTION FOR PROCESS SERVER AND DIRECTING U.S. MARSHAL TO SERVE PROCESS

THIS CAUSE is before the Court upon Plaintiff's Motion for Process Server, filed herein on July 7, 2008.[1] [DE-3]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

The Court notes that Plaintiff has applied to proceed *in forma pauperis*, which the Court has granted this same day. The Court further notes however that Plaintiff has not yet filed a summons in this case. Plaintiff is directed to Federal Rule of Civil Procedure 4(b): "On or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sign, seal and issue it to the plaintiff. . . A summons . . . must be issued for each defendant to be served."

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiff's Motion for Process Server [DE-3] is hereby **GRANTED**.

2) Upon the proper filing of a Summons by Plaintiff, the United States Marshal shall

---

[1] This case was transferred to the undersigned on September 23, 2008. [DE-5].

serve a copy of the Complaint, Summons, and this Order upon Defendant pursuant to the Federal Rules of Civil Procedure.  All costs of service shall be advanced by the United States.  The Marshal shall keep the Court apprised of the status of service by promptly filing a return of service for the Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Clerk of Court
U.S. Marshal

Carl Shell, pro se
2037 Madison Street Apt. #2
Hollywood, FL 33023